1  PETER E. BRIXIE, Bar #124186
   Attorney at Law
2  410 Twelfth Street, Suite One
   Sacramento, CA 95814
3  Telephone: (916) 658-1880 Fax: (916) 658-1884
   peterbrixie@gmail.com
4
   Attorney for MARIO BROWN
5
                    UNITED STATE DISTRICT COURT
6
                    EASTERN DISTRICT OF CALIFORNIA
7

8  MARIO BROWN,                         Case No.: 2:14-CV-00952-EFB

9         Plaintiff,

10 vs.                                  **STIPULATION AND ORDER
                                        EXTENDING TIME TO FILE AND
11                                      SERVE MOTION**
   COMMISSIONER OF SOCIAL SECURITY,
12
          Defendant
13

14      IT IS HEREBY STIPULATED by and between the parties, through their respective

15 undersigned attorneys, and with the permission of the Court as evidenced below, that the

16 Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby

17 extended to the new filing date of October 13, 2014. The extension is needed due to press of

18 business in plaintiff's attorney's office.

19

20

21

22

23

24

25

This is the 1ˢᵗ request for extension by plaintiff.

Dated: 9/5/14	/s/ *Peter E. Brixie*
PETER E. BRIXIE
Attorney at Law
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

Dated: 9/5/14	By:	/s/*Lynn M. Harada*
LYNN M. HARADA
Special Assistant U. S. Attorney
Attorney for Defendant

__ooo__

APPROVED AND SO ORDERED

Dated: September 8, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE