BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
        160 Spear Street, Suite 800
        San Francisco, California 94105
        Telephone: (415) 977-8977
        Facsimile: (415) 744-0134
        E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARIO LAMONT BROWN, | Case No.: 2:14-cv-00952-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

        IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended for 30 days until December 15, 2014.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to further review the file and prepare a response in this matter due to a heavy workload, despite due diligence.

1      The parties further stipulate that the remaining dates in the Court's Scheduling Order

2 shall be modified accordingly.

3      Defense counsel apologizes to the Court for any inconvenience caused by this delay.

4

5                                            Respectfully submitted,

6 Dated:  November 12, 2014         */s/ Lynn Harada for Peter Brixie\** _____

7                                 (*as authorized via telephone on 11/12/14)
PETER BRIXIE

8                                 Attorney for Plaintiff

9

10 Dated: November 12, 2014          BENJAMIN B. WAGNER
United States Attorney

11                                 DONNA L. CALVERT

12                                 Regional Chief Counsel, Region IX
Social Security Administration

13

14                By:     */s/  Lynn M. Harada* _____
LYNN M. HARADA

15                                 Special Assistant U.S. Attorney

16                                 Attorneys for Defendant

17

18

19                               ORDER

20 APPROVED AND SO ORDERED.

21

22 Dated:  November 14, 2014.                                 _____

23                                 THE HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge

24

25

26

27

28