BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO LAMONT BROWN,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-00952-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended for 30 days until January 14, 2015.  This is Defendant's second request for an extension of time to respond to Plaintiff's motion.  Defense counsel needs the additional time to address the issues raised in Plaintiff's brief due to a heavy workload, including several district court cases and a Ninth Circuit case, despite due diligence.

1  The parties further stipulate that the remaining dates in the Court's Scheduling Order
2  shall be modified accordingly.
3  Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  December 12, 2014         */s/ Lynn M. Harada for Peter Brixie*_____
                                  (*as authorized via email on 12/11/14)
                                  PETER BRIXIE
                                  Attorney for Plaintiff


Dated: December 12, 2014          BENJAMIN B. WAGNER
                                  United States Attorney
                                  DONNA L. CALVERT
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                       By:        /s/  Lynn M. Harada
                                  LYNN M. HARADA
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant


ORDER

APPROVED AND SO ORDERED.

Dated:  December 15, 2014.        _____
                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE